UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BYRON CARO                                             CIVIL ACTION

VERSUS                                                 NUMBER: 05-1473

JO ANNE B. BARNHART,                                   SECTION: "S"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

**O R D E R**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of defndant to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's case is hereby remanded to the Commissioner for an award of Social Security benefits.

New Orleans, Louisiana, this 17th day of July, 2006.

UNITED STATES DISTRICT JUDGE